UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR424-0021

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 2261A |
| | ) Stalking |
| STEPHEN GLOSSER AND | ) |
| CALEB KINSEY | ) 18 U.S.C. § 844(h) |
| | ) Use of Fire or Explosive to |
| | ) Commit Any Felony Offense |
| | ) |
| | ) 18 U.S.C. § 844(m) |
| | ) Conspiracy to Use Fire or |
| | ) Explosive to Commit Any Felony |
| | ) Offense |
| | ) |
| | ) 26 U.S.C. § 5861(d) |
| | ) Possession of an Unregistered |
| | ) Destructive Device |
| | ) |
| | ) 18 U.S.C. § 922(a)(6) |
| | ) False Statement During |
| | ) Purchase of a Firearm |
| | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of Firearms by a |
| | ) Prohibited Person |

THE GRAND JURY CHARGES THAT:

COUNT ONE
*Stalking*
18 U.S.C. § 2261A(2)(B)

From on or about December 2022, the exact dates being unknown, until about January 2023, in the Southern District of Georgia, and elsewhere, the defendants,

**STEPHEN GLOSSER AND CALEB KINSEY,**

aided and abetted by each other, with the intent to kill, injure, harass, intimidate,

or place under surveillance with the intent to kill, injure, harass, or intimidate another person, used an interactive computer service, electronic communication service, and any other electronic communication system of interstate commerce to engage in a course of conduct that caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to Victim 1, and utilized a dangerous weapon, to wit: a destructive device, during the course of that conduct.

All in violation of Title 18, United States Code, Sections 2, 2261A(2)(B), and 2261(b)(3).

## COUNT TWO
*Use of an Explosive to Commit Another Felony Offense*
18 U.S.C. § 844(h)

On or about January 13, 2023, in Bryan County, within the Southern District of Georgia, the defendant,

**STEPHEN GLOSSER AND CALEB KINSEY,**

aided and abetted by each other, knowingly used explosive materials during the commission of the offense for which they may be prosecuted in a court of the United States, that is: Stalking, as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Sections 2 and 844(h).

3

# COUNT THREE
*Conspiracy to Use an Explosive to Commit a Felony*
18 U.S.C. §844(m)

From in or around December 2022 and continuing to in or around January 2023, within the Southern District of Georgia, the defendants,

**STEPHEN GLOSSER AND CALEB KINSEY,**

combined, conspired, confederated, and agreed together and with each other to violate 18 U.S.C. § 844(h) by using an explosive to commit a felony which may be prosecuted in a court of the United States, to wit: Stalking as alleged in Count One of this Indictment.

### A. *OBJECT OF THE CONSPIRACY*

1. The purpose of the conspiracy was for the defendants to kill, harass, intimidate, or injure Victim 1.

### B. *MANNER AND MEANS OF THE CONSPIRACY*

2. The manner and means by which the defendants sought to accomplish the object and purpose of the conspiracy included, but is not limited to, the following:

3. **GLOSSER AND KINSEY** used cell phones to create a plan to kill, intimidate, harass, or injure the victim. This included plans to acquire and shoot arrows into the victim's front door, acquire and release a large python into the victim's home to eat the victim's daughter, acquire and mail dog feces to the victim's home, acquire and mail dead rats to the victim's home, to scalp the victim, and to blow up the victim's home.

4. **GLOSSER** located the victim's residence using internet searches on his cell phone based on an image the victim had previously shared with GLOSSER.

5. **GLOSSER** used his cell phone to map out a path to the victim's residence.

6. **KINSEY** purchased Tannerite online to obtain the explosive materials to construct a bomb.

7. **KINSEY AND GLOSSER** used the Tannerite to create a destructive device in **GLOSSER's** residence.

8. **GLOSSER** hired a cleaning service to clean the carpets after the construction of the destructive device.

9. **GLOSSER AND KINSEY** used a destructive device to blow up the victim's home.

All in violation of Title 18, United States Code, Section 844(m).

## COUNT FOUR
*Possession of an Unregistered Destructive Device*
26 U.S.C. § 5861(d)

On or about January 12, 2023, in Chatham County, within the Southern District of Georgia, the defendant,

**STEPHEN GLOSSER AND CALEB KINSEY,**

aided and abetted by each other, knowingly possessed a destructive device, as defined n Title 26, United States Code, Sections 5845(a)(8) and (f), which had not been registered to him in the National Firearms Registration and Transfer Record as required by Chapter 53, Title 26, United States Code.

All in violation of Title 18, United States Code Section 2, and Title 26, United States Code, Section 5861(d).

6

## COUNT FIVE
*False Statement During Purchase of a Firearm*
18 U.S.C. § 922(a)(6)

On or about January 7, 2023, in Chatham County, within the Southern District of Georgia, the defendant,

**CALEB KINSEY,**

in connection with the attempted acquisition of a firearm, a Henry Model H002B, .22 caliber rifle, from CRC Guns and Weaponry, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to CRC Guns and Weaponry, which statement was intended and likely to deceive CRC Guns and Weaponry, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the in that defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that he had not previously been convicted of a felony, when in fact as the defendant then knew he had been previously convicted of a felony.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SIX
*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about November 4, 2022, in Chatham County, within the Southern District of Georgia, the defendant,

### CALEB KINSEY,

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit, a Glock, Model G48, 9mm caliber pistol, a Sig Sauer, Model P226, 9mm caliber pistol, and a Heckler and Koch MP5, 9mm caliber rifle, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Six of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses set forth in Counts One through Five of this Indictment, the defendants, **STEPHEN GLOSSER AND CALEB KINSEY,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to the following:

a. A Glock, Model: G48, 9mm caliber pistol, S/N BYYR510, and 10 rounds of 9mm ammunition;

b. A Glock magazine and 10 rounds of 9mm ammunition;

c. A Remington, Model: 70, .30-06 caliber rifle, S/N: M72056975, and four rounds of HRTRS .30-06 ammunition;

d. 24 rounds of .357 magnum R.P. ammunition;

e. Three rounds of .308 ammunition;

f. 30 rounds of 9mm Luger ammunition;

g. 21 rounds of .38 special ammunition;

h. 19 rounds of .30-06 ammunition;

i. 19 rounds of 9mm ammunition;

j. 1000 rounds of 9mm ammunition; and

k. A black FN, Model: FNX 45, .45 caliber pistol, S/N: FXU147279

If any of the property described above, as a result of any act or commission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

For: *[signature]*

_____
Jill E. Steinberg
United States Attorney

_____
L. Alexander Hamner
Assistant United States Attorney
*Lead Counsel

_____
Tania D. Groover
Assistant United States Attorney
Chief, Criminal Division

11