UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA     )
                              )
               v.      )      CASE NO. 4:24-CR-00021
                              )
STEPHEN GLOSSER,        )
                              )
      DEFENDANT.      )

## **ORDER GRANTING LEAVE OF ABSENCE**

Movant=s application for leave of absence for good cause shown is hereby granted to Movant, LLOYD D. MURRAY, SR., for the following periods of time:

October 3, 2024 through and including October 14, 2024 for prepaid international travel;

December 2, 2024 through and including December 6, 2024 for preparation of 38th annual celebration;

January 18, 2025 through and including January 26, 2025 for annual convention;

March 21, 2025 through and including March 31, 2025 for prepaid international travel; and

April 18, 2025 through and including April 30, 2025 for prepaid international travel.

This leave of absence applies to all proceedings of any kind (including depositions and hearings) which might be scheduled or noticed in this matter.

SO ORDERED this _____29th_____ day of _____August_____, 2024.

_Christopher L. Ray_
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia


Prepared By:
MURRAY & ADKINS, TRIAL ATTORNEYS
Post Office Box 1569
Richmond Hill, Georgia 31324
(912) 756-4775 - phone
(912) 756-6310 - fax