**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **)** |
| | **)** |
| **v.** | **)**　　CASE NO. 4:24cr21 |
| | **)** |
| **STEPHEN GLOSSER ET AL.** | **)** |

<u>**ORDER**</u>

Application for leave of absence has been requested by L. Alexander Hamner, Assistant United States Attorney, for March 3, 2025, through March 7, 2025, inclusive, in the above-referenced case.

The above and foregoing request for leave of absence is approved.

So ORDERED this 11th day of February 2025.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA